IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES WILLIS BROWN, JR.,           )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )      CASE NO. CV418-170
                                   )
SAVANNAH METRO POLICE              )
DEPARTMENT; SUSAN FANDRICH,        )
LT/SGT; MEG HEAP, District         )
Attorney; LINDRETTA KRAMER;        )
THOMAS M. CERBONE, Assistant       )
District Attorney; LOUISA          )
ABBOT, Judge; THOMAS R.            )
BATESKI, Public Defender;          )
SCOTT C. ROBICHAUX; and JUNE       )
ELIZABETH FOGLE;                   )
                                   )
        Defendants.                )
_____    )

**O R D E R**

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 7), to which objections have been filed
(Doc. 11). In the report and recommendation, the Magistrate
Judge concludes that Plaintiff's complaint should be dismissed
because Plaintiff failed to establish a viable malicious
prosecution claim or name any defendant that could be subject
to liability under 42 U.S.C. § 1983. (Doc. 7.) After careful
consideration, the report and recommendation is **ADOPTED** as the
Court's opinion in this case. Petitioner has failed to provide

any meritorious objection to the report and recommendation. (Doc. 11.)

Instead, Petitioner uses his objections as an opportunity to present a new claim under the Eighth Amendment for cruel and unusual punishment against Defendant John Wilcher. (Id. at 2-7.) Plaintiff's initial complaint, however, does not reference John Wilcher, name John Wilcher as a defendant, or detail any claim about the conditions of Plaintiff's confinement. (Doc. 1.) Although pro se pleadings are "held to a less stringent standard than pleadings drafted by an attorney," Hall v. Sec'y for Dep't of Corrs., 304 F. App'x 848, 849 (11th Cir. 2008), a pro se plaintiff is still required to raise his claims within his complaint, see Smith v. Fla. Dep't of Corrs., 369 F. App'x 36, 38 (11th Cir. 2010) ("Once a pro se litigant is in court, 'he is subject to the relevant laws and rules of the court, including the Federal Rules of Civil Procedure.'" (quoting Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989))). Because Petitioner is raising his claim for the first time in his objections, the Court will not review the merits of this claim.[1] As a result, this action is **DISMISSED**

---

[1] Plaintiff was provided with an opportunity to file an amended complaint in the report and recommendation but failed to do so. (Doc. 7 at 5 n.3.)

**WITHOUT PREJUDICE.**[2] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of February 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] Plaintiff also attempts to add other new defendants in the caption of his objections. (Doc. 11.) For example, Plaintiff lists District Attorney Noah Adams as a defendant for the first time in his objections. To the extent that Plaintiff attempts to raises any new claim against any new defendant in his objections, that claim is also dismissed.