# United States District Court
## *Southern District of Georgia*

James Willis Brown, Jr.,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV418-170

Savannah Metro Police Department, et al.,

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated 2/25/19, adopting the Magistrate Judge's Report and

Recommendation, judgment is hereby entered dismissing the case without prejudice.



| 2/25/19 | Scott L. Poff |
|---|---|
| Date | Clerk |

_(By) Deputy Clerk_